IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAWRENCE EUGENE SNEED,

    Plaintiff,

v.                                           CASE NO. 4:08-cv-00202-MP-WCS

WALTER A MCNEIL,
et al.,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, recommending that the Complaint in this case be dismissed for failure to state a claim. The time for filing objections has passed, and none have been filed. The Court agrees with the Magistrate Judge that the Complaint recites only legal doctrine and not a short and plain statement of facts showing that Mr. Sneed is entitled to relief. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This case is dismissed with prejudice for failure to state a claim.

**DONE AND ORDERED** this _5th_ day of September, 2008

                                      *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge