IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAWRENCE EUGENE SNEED,

    Plaintiff,
v.                                CASE NO. 4:08-cv-00202-MP-WCS

WALTER A MCNEIL,
et al.,

    Defendants.
_____/

## O R D E R

This matter is before the Court on Doc. 20, Motion for Rehearing on the Report and Recommendation, and doc. 21, entitled, "Plaintiff's Notice of Hearing." Previously, the Court entered an order agreeing with the Magistrate Judge that the Complaint recites only legal doctrine and not a short and plain statement of facts showing that Mr. Sneed is entitled to relief. Now, in the motion for rehearing, and in the Notice of Filing - which contains copies of Plaintiff's objections to the Report and Recommendation which never got filed - the Plaintiff still fails to allege who did what to whom and how that entitles him to relief. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Motion for Rehearing (doc. 20) and Notice of Filing (doc. 21), construed together as a motion for rehearing or reconsideration, are denied.

**DONE AND ORDERED** this   23rd   day of September, 2008

                                  *s/Maurice M. Paul*
                        Maurice M. Paul, Senior District Judge